No. 798. ANDERSON v. PROVIDENT LIFE & ACCIDENT INSURANCE Co.; and

Nos. 799 and 800. COCA-COLA BOTTLING Co. v. PROVIDENT LIFE & ACCIDENT INSURANCE Co. C. C. A. 4th. Certiorari denied. *C. Granville Wyche* and *Alfred F. Burgess* for petitioners. *J. A. Chambliss* and *C. F. Haynsworth, Jr.* for respondent. Reported below: 166 F. 2d 492.

No. 801. HOUGLAND v. COMMISSIONER OF INTERNAL REVENUE. C. C. A. 6th. Certiorari denied. *Chas. I. Dawson, A. Shelby Winstead* and *Bernard H. Barnett* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, A. F. Prescott* and *S. Dee Hanson* for respondent.

No. 809. GENERAL TIME INSTRUMENTS CORP. v. UNITED STATES TIME CORP. C. C. A. 2d. Certiorari denied. *W. Brown Morton* for petitioner. *John Vaughan Groner* and *Robert B. Whittredge* for respondent.

No. 814. PITTSBURGH-DES MOINES STEEL Co. ET AL. v. MORAN, ADMINISTRATRIX. C. C. A. 3d. Certiorari denied. *Carl E. Glock* for petitioners. *Marvin C. Harrison* for respondent.

No. 815. GEM JEWELRY Co. v. COMMISSIONER OF INTERNAL REVENUE. C. C. A. 5th. Certiorari denied. *Harry Dow* for petitioner.

No. 842. VANNECK ET AL., TRUSTEES, v. SECURITIES & EXCHANGE COMMISSION ET AL.; and

No. 843. CAPLAN ET AL. v. SECURITIES & EXCHANGE COMMISSION ET AL. C. C. A. 3d. Certiorari denied. *Percival E. Jackson, Terence J. McManus* and *Walter E.*

*Ernst* for petitioners. *Solicitor General Perlman, Roger S. Foster, Irwin L. Tappen* and *John C. Benson* for respondents.

No. 753. ROMNEY *v.* UNITED STATES. United States Court of Appeals for the District of Columbia. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this application. *William H. Collins* for petitioner. *Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Beatrice Rosenberg* for the United States.

No. 813. HUGGINS *v.* TOOMER ET UX. C. C. A. 4th. Motion to extend the time to serve printed papers denied. Certiorari also denied.

No. 66, Misc. RICHARDSON *v.* RAGEN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied. Petitioner *pro se*. *George F. Barrett,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, for respondent.

No. 141, Misc. PALULIS *v.* RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied. Petitioner *pro se*. *George F. Barrett,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, for respondent.

No. 254, Misc. HINES *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied. Petitioner *pro se*. *George F. Barrett,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, for respondent.

No. 310, Misc. GRIMM *v.* NIERSTHEIMER, WARDEN. Circuit Court of Jefferson County, Illinois. Certiorari denied. Petitioner *pro se*. *George F. Barrett,* Attorney